Bryan O'Neal BENSON,
Plaintiff–Appellant,

v.

VANCE COUNTY SHERIFF; John Doe Deputy Sheriff; Lieutenant Weldon Bullock, Defendants–Appellees,

and

Sergeant Sterlin Walker, Defendant.

No. 06–2335.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 19, 2007.

Bryan O'Neal Benson, Appellant Pro Se. James Redfern Morgan, Jr., Robert T. Numbers, II, Womble, Carlyle, Sandridge & Rice, PLLC, Winston–Salem, North Carolina, for Appellees.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan O'Neal Benson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Benson v. Vance County Sheriff,* No. 5:05–cv–00506–BR (E.D.N.C. Dec. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*